**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE GARCIA,**

          **Plaintiff,**

**-vs-**     Case No. 6:08-cv-96-Orl-19DAB

**FULL HOUSE CHINESE RESTAURANT,**
**INC., WANQIN LIN,**

          **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (Doc. No. 9)**
>
> **FILED:**  March 3, 2008
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Plaintiff concedes the lack of subject matter jurisdiction in this Fair Labor Standards Act case (Doc. No. 18), and the parties have jointly stipulated to dismiss the action (Doc. No. 19). As Plaintiff concedes that Defendant is not a covered employer under the Act, and Plaintiff was not engaged in interstate commerce while employed with Defendant, the dismissal is not a "settlement" within the meaning of the Act, and no further review of the dismissal, as contemplated by the District Court

(Doc. No. 20) is necessary.  It is **respectfully recommended** that the case be **dismissed**, and the Clerk be instructed to term all pending matters and close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 27, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy