**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE GARCIA,

    Plaintiff,

vs.                                       CASE NO. 6:08-CV-96-ORL-19DAB

FULL HOUSE CHINESE RESTAURANT,
INC., WANQIN LIN,

    Defendant.

---

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22, filed March 28, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 22) is **ADOPTED and AFFIRMED.** The Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. No. 9, filed March 3, 2008) is **GRANTED.** This case is **DISMISSED,** and the Clerk of Court is directed to terminate all pending motions and to **CLOSE THIS FILE.**

**DONE AND ORDERED** at Orlando, Florida, this ___9th___ day of April, 2008.

*Patricia C. Fawsett*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record